# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| United States of America<br>v.<br>ANTARIO MERCURY | )<br>)<br>)<br>) Case No: 2:94-CR-17-009<br>) USM No: 63654-061 |
| Date of Original Judgment: 06/08/1995<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Steven S. Nolder, Esq.<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    235    months **is reduced to**    188   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    06/08/1995    shall remain in effect.
**IT IS SO ORDERED.**

Order Date:    02/13/2012

*Judge's signature*

Effective Date:    02/23/2012

Sandra S. Beckwith Senior Judge
*(if different from order date)*     *Printed name and title*